UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RODNEY MILES,**

   **Plaintiff,**    CIVIL ACTION NO. 04-CV-74147-DT

vs.

          DISTRICT JUDGE AVERN COHN

**AUDBERTO ANTONINI,**  MAGISTRATE JUDGE MONA K. MAJZOUB
**et. al.,**

   **Defendants.**
_____/

### ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR REPLY FOR SERVICE (DOCKET # 17) AND MOTION SEEKING GUIDANCE FROM THE COURT (DOCKET # 24)

Plaintiff was allowed to proceed *in forma pauperis* and filed the instant complaint on October 27, 2004 pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion for Reply for Service and Motion Seeking Guidance From the Court. Basically, Plaintiff is asking the Court to instruct him on how to serve the remaining unserved defendants in the instant case. On July 13, 2005, the undersigned issued an Order Granting in Part and Denying in Part Plaintiff's Motion to Direct Service and Order to Show Cause as to Why Defendants Antonini, Steele, and Russ Should Not Be Dismissed Pursuant to Fed. R. Civ. P. 4(m). On the same date, the undersigned issued a separate Order directing the U.S. Marshal to serve Defendant Mishra. The Court's recent Order to Show Cause, dated July 13, 2005, indicates that Plaintiff must provide alternate addresses in order for the U.S. Marshal to serve Defendants Antonini, Steele, and Russ. In light of the Court's recent Orders, Plaintiff's Motion for Reply for Service and Motion Seeking Guidance From the Court is **DENIED** as moot.

  **IT IS SO ORDERED.**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: July 26, 2005                                s/ Mona K. Majzoub
                                                    MONA K. MAJZOUB
                                                    UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

I hereby certify that a copy of this Order was served upon Rodney Miles and Counsel of Record on this date.

Dated: July 26, 2005                                s/ Lisa C. Bartlett
                                                    Courtroom Deputy